IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Porter, Thomasine | Case Number: 07 B 13695 |
| | Judge: Hollis, Pamela S |
| Printed: 6/24/08 | Filed: 7/31/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: May 12, 2008
Confirmed: December 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,335.00 | |
| Secured: | | 1,608.88 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,492.03 |
| Trustee Fee: | | 234.09 |
| Other Funds: | | 0.00 |
| Totals: | 4,335.00 | 4,335.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Schottler & Associates | Administrative | 2,849.20 | 2,492.03 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Secured | 21,717.41 | 1,608.88 |
| 5. | Select Portfolio Servicing | Secured | 30,372.81 | 0.00 |
| 6. | Internal Revenue Service | Priority | 1,549.34 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 294.75 | 0.00 |
| 8. | CorTrust Bank | Unsecured | 50.81 | 0.00 |
| 9. | AT&T | Unsecured | 18.93 | 0.00 |
| 10. | American General Finance | Unsecured | 695.79 | 0.00 |
| 11. | South Shore Emergency Physicians | Unsecured | 31.57 | 0.00 |
| 12. | Midnight Velvet | Unsecured | 14.26 | 0.00 |
| 13. | Direct Charge | Unsecured | 29.20 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 733.62 | 0.00 |
| 15. | Oliphant Financial Corporation | Unsecured | 15.40 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 52.90 | 0.00 |
| 17. | Verizon Wireless | Unsecured | 106.18 | 0.00 |
| 18. | Schottler & Associates | Priority | | No Claim Filed |
| 19. | Card Processing Center | Unsecured | | No Claim Filed |
| 20. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 21. | American Debt Collection | Unsecured | | No Claim Filed |
| 22. | Cross Country Bank | Unsecured | | No Claim Filed |
| 23. | Credit Management Service | Unsecured | | No Claim Filed |
| 24. | Aspire Visa | Unsecured | | No Claim Filed |
| 25. | Credit Protection Association | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Porter, Thomasine

Printed: 6/24/08

Case Number: 07 B 13695
Judge: Hollis, Pamela S
Filed: 7/31/07

| | | | | |
|---|---|---|---|---|
| 26. | Feingold & Levy | Unsecured | | No Claim Filed |
| 27. | Century Liquidation | Unsecured | | No Claim Filed |
| 28. | Capital One | Unsecured | | No Claim Filed |
| 29. | Park Dansan | Unsecured | | No Claim Filed |
| 30. | Trinity Hospital | Unsecured | | No Claim Filed |
| 31. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 32. | T Mobile USA | Unsecured | | No Claim Filed |
| 33. | Midland Finance Company/CPS | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 58,532.17 | $ 4,100.91 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 234.09 |
| | _____ |
| | $ 234.09 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

